UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH Division

FILED
JAMES J. VILT, JR. - CLERK
JUN - 2 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MICAH GRAY

v.

JACKIE HOLMES et, Al.

Civil Action No: 5:21-CV-00133

## REQUESTS FOR ADMISSION(S)

Plaintiff would like to request admission's from the Defendants involved in this Case to help Aide in the Discovery... In hopes the Defendants will answer the truth of Certain Matters within the Scope of Federal Rule of Civil Procedure 26(B)(1) In the requests entirety, truthful and good faith.

### DEFENDANT JACKIE HOLMES

• On the night of December 1st 2020, when you came on your shift, was I at the end of a 2 hour Level 5 restraint chair placement with a Very Noticeable Clavical Injury?

• With your Medical Education and training Should my Injury been taken Serious Enough Visibly to See a outside Emergency Room?

• When I was placed in my Cell was I Covered, from head to toe with Congelated Blood and refused to do proper hygiene and clean myself?

• With my wound and a Cell without a Mattress for days in your Medical opinion Could this Have Caused more damage to my Injury after 11 days without Seeing a Orthopedic Doctor?

- Why did it take me until Dec, 8th 2020 to be properly seen by Karen Ramey, with you Visually Seeing Me Could you tell I was In Serious pain, With my X-Rays Would you medically say I was in pain?

- Why did you leave me with a Serious Injury to endure pain and Suffering?

- From your medical point of view, could you have made the call as the RN to Send Me to a Emergency Room? If Not who was responsible?

- Is It apart of your Wellpath Contract to ensure the health and medical treatment of Inmates you provide for?

- Did you do everything in your Job Requirments to ensure my Welbeing and relieve me of pain and Suffering as the RN on Shift?

- Did you or Did you Not approve Me to be Medically approved to remain at K.S.P while my Clavical was fractured?

- Did you neglect the Seriousness of my Injury, due to Informing the Institutional Provider Defendant Karen Ramey? this becoming the reason to Stop providing Medical Care for me?

## DEFENDANT KRISTEN ELLENBURGER/HORNE

- When you Responded to a medical Emergency Via Institional Radio Was I Being Placed in a level 5 Restraint chair?

- How long Was I Left Restrained in the Restraint chair?

- Upon Visually assesing me in the restraints Could you tell my Clavical was Injured?

- While Bandaging My Self Inflicted Wound on my right forearm, Was I Showing Signs of pain and Suffering by Crying, begging and pleading to help Stop the pain...

- Was Video footage being filmed while you done your Medical Routine checks?

- Did you report how Serious the Injury looked to Defendant Karen Ramey?

- Did you make the decision to leave me in the restraint chair as in Cleared me Medically?

- From A Medical point of View and X-Ray Evidence Should I have been Sent to a Hospital Instead of 2 hours in a Level 5 Restraint Chair to endure the pain from the Clavical Injury?

- Being Contracted by Wellpath, is it part of your Contract to ensure the Welbeing and medical treatment of Inmates?

- In good faith did you make the best decisions for me in your Care?

## DEFENDANT KAREN RAMEY

- On the day of Dec 1st 2020. Was you Contacted by Defendants Kristen Ellenburger/Horne, Jackie Holmes to report I had a Serious Clavical Injury?

- What was your medical Solution for their reports.

- Did you Visually See me in person before Dec, 8th 2020?

- Are you the provider for K.S.P through Wellpaths Contract?

- Why did you allow me to endure pain from a Serious Injury for a lengthy period of time Dec. 1st, Until Dec 8th, 2020?

- Is Part of your Contract through Wellpath. to ensure the Welbeing and medical treatment of Inmates?

- As The Provider When Was My Clavical Injured?

- Did you provide adequate medical treatment for the Injury I obtained under your Care?

## DEFENDANT KRISTI PANZETTI

- Do All Major Medical Issue's Require your Assessment and you Decide the final Course of treatment?

- After My Injury Dec. 1st, 2020 When Was you notified?

- Are All Medical Staff Under your Advisement at K.S.P?

- Is your medical treatment of a Serious Injury to neglect and leave until a later date?

- Are Inmates by medical standards Suppose to be left in Congelated blood from head to toe for a multitude of days?

- Under your rules, regulations, training and education Should a patient be left in pain due to a Serious Injury?

- After Seeing the X-Ray as Evidence in Your Medical Opinion is it Safe to Say in good faith I Spent days in a lot of pain?

- Did the Defendants you Supervise give this Injury adequate Medical treatment?

- Should I have been Sent to the Emergency Room Instead of a Cell?

- Did the defendants you Supervise Act as Welpath requires of their Contracts to provide, ensure the Safety, health, and wellbeing of the plaintiff?

## ALL DEFENDANTS:

- Do you object that this Civil Action Complaint Is True and Accurate?

- Was Plaintiff Cared for Under Welpath guidelines?

- Was Plaintiff treated with deliberate Indifference?

- Was Medical treatment fully Provided to Plaintiff?

- Was Plaintiff Subject to a length of Unnecessary pain and Suffering due to Inadequate medical treatment?

Plaintiff Requests the Motion for admissions to be Ordered Respectfully...

May 30th 2022

Micah Gray
#247400
KSP
266 Water St.
Eddyville Ky 42038

Case 5:21-cv-00133-BJB-LLK   Document 33   Filed 06/02/22   Page 7 of 8 PageID #: 211

Micah Sheny #247400
K.S.P.
266 Water St.
Eddyville, Ky. 42038

Court Clerk
501 Broadway Suite 127
Paducah, Ky. 42001

42001-68527

EVANSVILLE IN 476
31 MAY 2022 PM 1 L



KSP UNCENSORED
INMATE MAIL

MAY 31 2022
6:27A