UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FILED
JAMES J. VILT, JR. - CLERK
JUN - 2 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MICAH GRAY

Vs.

Scott JORDAN et. al.

Civil Action No: 5:21-cv-133-BJB

## Request For Subpoenas

Federal Rule of Civil Procedure 45 governs Subpoenas. Plaintiff Request Honorable Beaton to Allow the order of non-parties to be Subpoenaed for testimony or Written Sworn Documentation to add Evidence for Discovery...

Plaintiff Requests the following non-parties Subpoenaed, along with the who, what and, why reasoning for the Subpoena.

• Megan Wilkie, Licensed Psychological Associate, at K.S.P.
Im requesting her to give Verbal or Written testimony as to Her Witnessing Me Each day of Injury followed in this Complaint

• Jessica Miller, Former RN at Eddyville, 202 Creek St, Marion Ky 42064,
Im requesting her IRT REPORT of the night of Dec 1st 2020 as well as her Verbal or Written testimony of her Witnessing the actions in this Complaint of the Defendants.

• Scott Jordan and/or K.S.P to release the handheld Video Camera footage of the Cell Extraction team Recording the Incident on the night of Dec, 1st 2020 for the Courts Viewing...

- Scott Jordan and/or K.S.P to release the Video footage of Plaintiff MICAH GRAY Under Constant Suicide and behavior Watch in 7 Cell house observation Cell, for the Courts Viewing...

  — These 2 Video footage Shows Evidence to Support the Complaint —

- Jimmy Wilson, lieutenant at K.S.P, I'm requesting his Verbal or Written Statement that Supports the Complaint, for he Worked on Shift everyday Viewing the neglect of my Injury.

  For the foregoing reasons, the Court should grant the request for Subpoena's in all Respects

  Pursuant to 28 U.S.C § 1746. I declare Under Oath and Penalty of perjury that the above is true and Correct

  Micah Gray #247400
  K.S.P
  266 Water St.
  Eddyville Ky 42038



Micah Spray #247400
K.S.P.
266 Water St.
Eddyville, Ky. 42038

EVANSVILLE IN 476
31 MAY 2022 PM 1 L

Court Clerk
501 Broadway Suite 127
Paducah. Ky, 42001

42001-685627



KSP UNCENSORED
INMATE MAIL

MAY 31 2022
6:27A