# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT of KENTUCKY
## PADUCAH DIVISION

MICAH GRAY

Vs.

SCOTT JORDAN et, AL.

1 of 5

5:21-CV-133-BJB

FILED
JAMES J. VILT, JR. - CLERK
JUN 16 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## Requests for Production of Documents

Plaintiff request under Federal Rule of Civil Procedure 34 that the Defendants produce the documents, Electronically Stored Information as in Audio and Video, the help in the discovery of this Case... Below is the requests being asked.

- I ask Your Honor to request for the Hand Held digital Video recording of the initial incident Dec 1st 2020. The Cell Extraction Team that I received the fractured Collar bone. I myself Cannot obtain this evidence due to a Security Risk pursuant to KRS 61.878(1)(l); KRS 197.025(1);(6)... I request this Video be made available to the Courts because it shows Defendant Ellenberger leaving/approving Me to excruciating pain for (2) hours in a level 5 restraint chair and the Video shows the Visual extent of the Wound at the time of the injury...

- I ask your Honor to request for the part 2 of the Cell Extraction Team Hand Held Video of being taken out of the Restraint chair by Defendant Jackie Holmes as well as another RN Jessica Miller. which I've requested a Subpoena

2 of 5

Due to her becoming sick and having to leave soon as I was cleared from the Chair. this Video to, is a Security Risk I request this Video made available in its whole part 1 and part 2 of the initial Cell Extraction Team to the Court by the defendant Scott Jordan - Warden of K.S.P... For The Viewing of the Courts.   [Exhibit 1]

- I request Your Honor to ask the Defendant Scott Jordan make the Video footage of the Plaintiff Gray being Housed in a Cell with Constant Camera feed / Recording... Viewable by the Court.   Dates: Dec 1st 2020 - Dec 11th 2020. This will prove the Conditions I was forced to live in.
- "Covered in Congelated Blood From Head to Toe".. This will be Constant Video of My Movements and pain endured.. This will Mainly prove that I Never left my Cell from Entering it Until Dec 8th 2020, this substantiating my Complaint of being neglected for 8 days with no medical assessment... furthermore this proves that Defendants claims in the Grievance Process was false... This Video footage is a security risk and Can only be made Viewable to the Courts by Defendant Scott Jordan!

- The above Videos are only Viewable by the Courts So I ask the Honorable Judge to Choose the reasonable time and manner these Documents to be produced within attention to my discovery dead line...

- I request your honor to make the Documented Medical Report # KSP-2020-12-003 available to me for Discovery reasons... Internal Affairs Captain Bert Bare Denied an Request To Inspect Public Records due to Security Risk... A Medical Document of a Incident Can not be Seen as a threat. This pertains to a report documented of the Incident in my Complaint that Could be Used in Discovery. I ask you Honorable Judge to order Defendants Scott Jordan and/or Kristi Ponzetti to produce the Report to me or for me to View Within 15 days of being Served because the proof of the Document Exist and is located Electronically filed in the K.S.P System Under # KSP-2020-12-003 therefore this being easily obtained in-house and already being denied to me thru proper Channels this problem shouldn't have had to be brought to the Court to Solve.

- I request your honor to have Defendant Scott Jordan release the Staff Information Reports on the Incident night Dec. 1st 2020, I Have Evidence [Exhibit 2] where the person of their Public Records Claim Reports Wasn't Completed by Staff. but with her (Courtney Martin) Seeing Reports wasn't Completed I Would Like to View what was done to See what was reported. This clearly Show inadequate Keeping of Information and Documentation I am Requesting Each Information Report from Each officer on the Cell Extraction from inside Rec Cages to the Restraint Chair, Information Reports from Each officer Removing Me from The Restraint Chair, Information Reports from: Nurse Sexton, Nurse Ellenburger, Nurse Holmes, Nurse Jessica Miller,

- These Information Reports are to be done on any and every Cell Extraction Team or when Use of Force is Used. This is policies that are deemed Standard Operational Procedures by Ky D.O.C. I ask your Honor to order Defendant Scott Jordan to produce these documents or A reasoning as to why they where not Completed under his Administration... Hudson Vs Palmer claims Supervisor Liability for those under a Supervisor's Advisement Committing Wrong doing Subjects them to responsibility. I ask these documents be produced in the Shortest time frame for Discovery or by the 30 days the Defendant has to Respond....

- I request to obtain and Review the Contract, Nursing is Required as guidelines while Employed by Wellpath as well as the Contract between K.S.P and Wellpath workers. The Defendant Kristi Panzetti can provide these or Wellpath's Counsel can. I ask that your honor move for defendants
- to produce these documents within the 30 days of Response time...

- I request the K.S.P Roster of the Day of Dec 1st 2020 and the entirety of 2nd Shift 3pm-11pm inside 3 cell house to gain information of who all can provide witness statements for Discovery. I ask your honor to move Defendant Scott Jordan Provide these documents within the 30 day response period.

- I request the Audio Recording made by Major Seth Mitchell and Bert Bear in Medical Housing Unit as a part of their Investigation into the Incident.

- I request to View or obtain the Investigation into the Incident proving Scott Jordan looked/Investigated Into Gage Rodriguez thru 3rd parties yet found the Use of force was adequate treatment by his Employees. The Audio and Investigation proves Defendant Scott Jordan Issued an Investigation Into my Injury but nothing was done protecting me under his Care. I ask your honor to Move Defendant Scott Jordan produce these documents within the 30 day response period...

For the foregoing reasons, the Court should grant this Motion in its entirety.

June. 13th, 2022

Respectfully Submitted,
Micah Gray
266 Water St
Eddyville Ky, 42038



