[Exhibit 1]

# Request To Inspect Public Records

Pursuant to KRS Chapter 61          Please Note: *Write legibly & be specific*

## REQUEST

To: _____
     Name of Agency

*OPEN RECORDS — KY STATE PENITENTIARY — RECEIVED JUL 22 2021*

Check all that apply:

__X__  I request to <u>inspect</u> the following document(s)

_____  I request <u>copies</u> of the following document(s)

I want to inspect the Video "Handheld Camera" footage of the Incident where my Collarbone was broken in a move team Dec 1st 2020.

Number of copies of each document @ 10¢ per page: _____

Signature: *Micah Gray*

Printed Name: MICAH GRAY      ID#: 247406

Cell/Bed Assignment: 3-12L-20

## DISPOSITION

The following disposition was made of the above request: Your request has been denied. Release of restraint, extraction, or use-of-force video for an adult correctional institution is a security risk pursuant to KRS 61.878(1)(l) & KRS 197.025(1) & (6) because of the disclosure of use-of-force practices & training from secured policies & procedures & the risk of retaliation to staff. The video cannot be redacted to remove the concern.

Open Records Coordinator's Signature: Courtney Martin

Agency: KSP

Amount Received: Denied

Date: 7/22/21

#____ Copies @ 10¢ per page   $_____
#____ CD/DVD @ $2.00 each      $_____
Total Amount Due               $_____

Revised 04/2021
Kentucky State Penitentiary

[Exhibit 2]

# Request To Inspect Public Records

Pursuant to KRS Chapter 61        Please Note: *Write legibly & be specific*

## REQUEST

To: _____
         Name of Agency

**OPEN RECORDS**
**KY STATE PENITENTIARY**
**JUL 22 2021**
**RECEIVED**

Check all that apply:

____ I request to <u>inspect</u> the following document(s)

✓ I request <u>copies</u> of the following document(s)

I need Copies of all Incident Reports by Individual officers and Administrators Reports on the December 2nd 2020 Incident where my Collarbone was broken... So The Incident Report on the Move team from the mini Gym to the restraint Chair...

Number of copies of each document @ 10¢ per page: 2 Copies

Signature: Micah Gray
Printed Name: MICAH GRAY
ID#: 242400
Cell/Bed Assignment: 3-12C-10

## DISPOSITION

The following disposition was made of the above request: Your request has been denied. Upon review of IRIs from Dec. 1, 2020, only one mentioning anything to do with your Collarbone being examined & Staff information reports were not completed in regards to it. So information reports were found to not exist. A public agency cannot afford a requestor access to a record that doesn't exist.

# ___ Copies @ 10¢ per page    $ ___
# ___ CD/DVD @ $2.00 each      $ ___
Total Amount Due               $ ___

Open Records Coordinator's Signature: Courtney Martin
Agency: KSP
Amount Received: Denied
Date: 8/6/21

*Revised 04/2021*
**Kentucky State Penitentiary**