United States District Court
Western Division of Ky
Paducah

Micah Gray

v.                                                                21-CV-003

Scott Jordan, et al.

## Motion to Compel

Plaintiff comes before the Court requesting your honor to appoint personel the duty to view Camera Footage that defendants Consider a Security Threat for Plaintiff to personally view...

Plaintiff has direct questions of the footage that once answered will be Sufficient Evidence. Plaintiff request if motion is Granted, Personel Viewing will answer Said questions and time Stamp the Evidence...

Plaintiff request your Honor to <u>ORDER</u> Defendants to View Camera Footage and answer Questions planned for evidence... Plaintiff is denied to View footage, even tho footage only pertains to Plaintiff. Request your Honor to <u>ORDER</u> a Copy of questions and answers as well as Video Footage to be made available to the Court. Defendant Jordan's Ponzetti to View Footage.

### Video and Question Request.
"Handheld Video Footage Incident Report # K.S.P-2020-12-005"

- Is Inmate Taken To The Ground while Handcuffed Behind Back?
- Once Inmate is being placed in restraint Chair Is Swelling of Left Clavical Viewable
- Does Inmate Voice Complaints of Injury and pain...
- Does Inmate Plea for help due to pain.
- Which Nurse does Medical assesment.
- — Request Transcripts of Nurse's debrief of Camera —
- Is Inmate Showing Signs of Distress from Pain? During filming

Handheld Video Footage Incident Report # K.S.P-2020-12-003
- Restraint Chair Removal -

- How long was Inmate In Chair? Time line between Videos.
- Is Left Clavical Showing Signs of a Injury?
- Is Inmate Showing Signs of Distress?
- Does Inmate Voice Complaints of Pain and Injury?
- Does Inmate Plea for help due to pain and Injury?
- <u>- Request Transcripts of Nurse medical assesment debrief -</u>
- <u>Was Inmate Covered Head to toe in Congelated Blood?</u>

Camera Footage of Observation Cell #2 Dates: 12-1-20 — 12-8-2020

- What is Inmates Appearance Upon Entering The Cell.
- What Items is Inside the Cell with Inmate?
- How long does Inmate go without a mat?
- How long does Inmate go without Something to Cover Up With in Winter Months.
- How long does Inmate go Without leaving his Cell?
- Does Inmates body language Show Signs of Injury (Left arm Incapacity)
- Is Inmate Covered in Blood the duration of footage?

Camera Footage Inside Medical Room - Nurse Holmes Intake

- Does Inmate appear Injured.
- Does Holmes Do any thing other than Press on my Shoulder before I exit the Room?
- <u>Was Inmate Covered In Congelated Blood?</u>

5pm - 7:10pm

Camera Footage of Non Contact Visitation (Placement of Chair) (12-1-2020)

- How long is Inmate In Restraint Chair?
- How Many Visits does medical make and by Whom?
- Does Inmate Show Signs of distress and pain?
- Is Left Clavical Injury/Swelling Viewable by Camera?

1-11-23
Respectfully Submitted
Miccah Gray

Micah Goney #247400
246 Water St.
Eddyville Ky. 42038

Court Clerk
501 Broadway
Suite 127
Paducah Ky 42001

RECEIVED
JAMES J. VILT, JR. - CLERK
JAN 13 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

